1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LESLIE COLEMAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant | Civil  No.  C06-5014RBL<br><br><br>ORDER |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision

in regard to Plaintiff's applications for disability insurance benefits and Supplemental Security

Income disability benefits under Title II and Title XVI of the Social Security Act be REVERSED

and REMANDED to the Commissioner of Social Security for further administrative proceedings

pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the administrative law judge (ALJ)

shall:

Page 1       ORDER - [C06-5014RBL]

1    • Hold a supplemental hearing.

2    • Address the limitations assessed and provide legally sufficient reasons if he rejects them.

3    • Document his step two decision regarding Plaintiff's migraine headaches, depressive and

4

5    anxiety disorders, and neurological problems.

6    • Reconsider lay witness testimony.

7    • Reassess Plaintiff's RFC and provide appropriate limitations for all severe impairments.

8    • Revaluate Plaintiff's ability to perform her past relevant work, noting the inconsistency

9

10   and inadequacy of the residual functional capacity finding

11   • Obtain vocational expert evidence.

12   Additionally, the "B" criteria findings of "moderate", "moderate," "marked," and 1 or two

13   episodes of decompensation are inconsistent with the RFC finding that Plaintiff could perform

14   complex tasks with no limitations (Finding No. 6).  Furthermore, the RFC finding was not

15   expressed in work-related terms since the ALJ found that Plaintiff "might have some trouble

16

17   relating to changes in the workplace due to stress."

18   New medical evidence, if available, shall be considered on remand.

19   Upon proper presentation, this Court will consider Plaintiff's application for costs and

20   attorney's fees under 28 U.S.C. § 2412(d).

21   ///

22

23

24   ///

25

26   ///

27

28   Page 2     ORDER - [C06-5014-RBL]

1    DATED this 18th day of July, 2006.

2

3

4

5

6

7

8                                                    Ronald B. Leighton

9                                                    RONALD B. LEIGHTON
                                                     UNITED STATES DISTRICT JUDGE
10

11   Recommended for Entry:

12

13

14   */s/ J. Kelley Arnold*
     UNITED STATES MAGISTRATE JUDGE

15

16

17   Presented by:

18
     s/ Leisa A. Wolf
19   LEISA A. WOLF
     Special Assistant U.S. Attorney
20   Attorney for Defendant
     701 Fifth Ave, Ste 2900, M/S 901
21   Seattle, WA 98104-7075
     Phone:  206-615-3621
22   Fax:      206-615-2531
     leisa.wolf@ssa.gov
23

24

25

26

27

28   Page 3      ORDER - [C06-5014RBL]