1    United States District Judge RONALD B. LEIGHTON

2

3

4

06-CV-05014-ORD

5

6

7

FILED _____ LODGED
_____ RECEIVED

SEP 15 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                              DEPUTY

8

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

9

10    LESLIE C. COLEMAN,

            Plaintiff,

11    vs.

12

13    JO ANNE B. BARNHART,
      Commissioner of Social Security,

14

15

)
)    CIVIL NO. C06-5014RBL
)
)    ORDER FOR EAJA FEES, COSTS AND
)    EXPENSES
)
)
)
)
)

16    THIS MATTER having come on regularly before the undersigned upon by

17    Plaintiff's Motion to Award EAJA Fees, Costs, and Expenses, the Defendant not

18    opposing said motion, and the Court agreeing that EAJA fees, costs, and expenses

19    should be awarded, good cause having been shown, now, therefore, it is hereby

20    ORDERED that Plaintiff's attorney Elie Halpern is hereby awarded EAJA fees of

21    $1,012.75 and expenses of $50.28 pursuant to 28 U.S.C. §2412 and costs of $13.35 as

22    set out at 28 U.S.C. §1920 and Plaintiff's attorney Victoria Chhagan is hereby awarded

23    EAJA fees of $3,512.65 pursuant to 28 U.S.C. §2412, payable from the Judgment Fund

24    pursuant to 31 U.S.C. §1304.

25

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[C06-5014RBL] - 1

Elie Halpern & Associates, P.S.
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055

1    DATED this 14th day of September 2006.

2                                             RONALD B. LEIGHTON

3                                             United States District Judge

4    Presented by:

5    S/ELIE HALPERN

6    ELIE HALPERN
     Attorney for Plaintiff

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[C06-5014RBL] - 2

Elie Halpern & Associates, P.S.
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055