# United States District Court

WESTERN DISTRICT OF WASHINGTON

Leslie C. Coleman

JUDGMENT IN A CIVIL CASE

v.

Michael Astrue

CASE NUMBER: C06-5014RBL

___  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court**. This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. Plaintiff's attorney Elie Halpern is awarded a gross attorneys fee of $ $10,613.40 pursuant to 42 U.S.C. § 406(b), reduced by the EAJA fees of $4,625.30 that previously were awarded, leaving a net fee of $5,988.10.  When issuing the 42 U.S.C. § 406(b) check for payment to Plaintiff's attorney herein, Social Security is directed to send to Plaintiff's attorney the net balance of $5,988.10, minus any applicable processing fees as allowed by statute.


_____May 7, 2009_____                           _____BRUCE RIFKIN_____
                                                                                 Clerk


                                                                  _____Jennie L. Patton_____
                                                                                 Deputy Clerk